JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Matthew F. Duggan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 16 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-89-WFN |
| Plaintiff, | INDICTMENT |
| vs. | 8 U.S.C. § 1326 |
| ARMANDO SANTOS-CASTROS, | Alien in the United States After Deportation |
| Defendant. | |

The Grand Jury Charges:

On or about May 15, 2017, ARMANDO SANTOS-CASTROS, a citizen and national of Mexico, who had therefore been denied admission, excluded, deported and removed from the United States on or about July 8, 2004, at Nogales, Arizona, on or about March 26, 2005, at Douglas, Arizona, on or about August 31, 2006, at Brownsville, Texas, and on or about October 28, 2011, at San Ysidro, California, was found in the United States, in the Eastern District of Washington, and did not have the express consent of the Attorney General, or the Attorney General's successor, the Secretary of the Department of Homeland Security (Title 6, United States Code,

INDICTMENT - 1

Sections 101, 202(3) & (4), 402 and 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

Dated: May 16, 2017.

A TRUE BILL

_____
Foreperson

*[signature]*
JOSEPH H. HARRINGTON
Acting United States Attorney

*[signature]*
Matthew F. Duggan
Assistant United States Attorney

INDICTMENT - 2